AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

**FILED**
AUG 1 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
| v. | ) | Case No. 14-mj-132-FHM |
| | ) | |
| CHARLES JASON MORELAND | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CHARLES JASON MORELAND,** who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) – Influencing, Impeding, or Retaliating Against a Federal Official
18 U.S.C. §§ 115(a)(1)(A) and 115(b)(4) - Influencing, Impeding, or Retaliating Against the Immediate Family of a Federal Official
18 U.S.C. § 875(c) - Interstate Communications Containing Threats to Injure

Date: 7-25-14

*Frank H McCarty*
*Issuing officer's signature*

City and state:  Tulsa, Oklahoma

FRANK H. McCARTY U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 7/25/2014, and the person was arrested on *(date)* 7/31/2014
at *(city and state)* Tulsa Oklahoma.

Date: 7/31/2014

*Arresting officer's signature*

Derek Shackelford Special Agent FBI
*Printed name and title*