

**FILED**
SEP 08 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. <u>14-CR-00130-CVE</u> |
| | ) | |
| Plaintiff, | ) | **MISDEMEANOR INFORMATION** |
| | ) | [18 U.S.C. §§ 115(a)(1)(B) and |
| vs. | ) | 115(b)(1)(B)(i): Influencing, Impeding, |
| | ) | and Retaliating Against a Federal |
| **CHARLES JASON MORELAND,** | ) | Official] |
| | ) | |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

On or about April 18, 2014, in the Northern District of Oklahoma, the defendant, **CHARLES JASON MORELAND**, threatened to assault United States Senator Harry Reid with intent to impede, intimidate, and interfere with Senator Reid while engaged in the performance of his official duties, and with intent to retaliate against Senator Reid on account of the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(1)(B)(i).

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

R. TRENT SHORES
Assistant United States Attorney