# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 14-CR-130-CVE |
| CHARLES JASON MORELAND, | ) ) ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, plaintiff hereby moves the Court for leave to dismiss without prejudice the Indictment against defendant **CHARLES JASON MORELAND**, in the above-styled cause, because defendant pled to an Information containing a lesser-included charge.

WHEREFORE, premises considered, plaintiff prays that the instant motion be granted, and for all other proper relief.

Respectfully submitted,

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

*/s/R. Trent Shores*
R. Trent Shores, OBA #19705
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma  74103
(918) 382-2700

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Robert Allen Ridenour

                                        */s/R. Trent Shores*
                                        R. Trent Shores
                                        Assistant United States Attorney