✎AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
             Sheet 1

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **OKLAHOMA**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |
| CHARLES JASON MORELAND | Case Number: 14-CR-130-001-FHM |
| | USM Number: 13300-062 |
| | Robert A. Ridenour |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X  was found in violation of condition(s) _Standard and Special Conditions_ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Standard Condition 3 | Sent inappropriate and threatening emails via cellular telephone | 06/03/2015 |
| Special Condition 3(1) | Failed to disclose computer tablet capable of internet access | 10/21/2015 |
| Special Condition 3(2) | Failed to disclose laptop computer capable of internet access | 10/21/2015 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 9, 2015
Date of Imposition of Judgment

*Frank H. McCarthy* (signature)

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judge

December 14, 2015
Date

---

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

DEFENDANT:            CHARLES JASON MORELAND
CASE NUMBER:      14-CR-130-001-FHM

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    Five (5) months

X   The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the defendant be placed at a facility as close to Tulsa, Oklahoma as possible.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL